No. 10215. Petition of JOHN TOMICH.
Decided June 12, 1961.

362 P.2d 552.

MR. CHIEF JUSTICE JAMES T. HARRISON:

Application for writ of habeas corpus brought by John J. Tomich, an inmate of the Montana State Prison.

It appearing that the application is without merit, the writ is denied and the proceeding dismissed.

Since the writ is denied no necessity for oral argument exists and therefore the motion for appointment of counsel is denied.

MR. JUSTICES CASTLES, JOHN C. HARRISON and DOYLE concur.